**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| LAURIE A. HANNA, derivatively on behalf of AST SPACEMOBILE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABEL AVELLAN, SEAN WALLACE, TAREQ AMIN, ADRIANA CISNEROS, ALEXANDER COLEMAN, LUKE IBBETSON, EDWARD KNAPP, HIROSHI MIKITANI, RONALD RUBIN, RICHARD SARNOFF, and JULIO A. TORRES,<br><br>Defendants,<br><br>and<br><br>AST SPACEMOBILE, INC.,<br><br>Nominal Defendant. | Case No. 7:24-cv-00171-DC-RCG |

**[PROPOSED] ORDER ON AGREED MOTION FOR VOLUNTARY DISMISSAL**

Upon consideration of the Agreed Motion for Voluntary Dismissal, it is hereby

**ORDERED** that:

1. The above-captioned action is dismissed in its entirety without prejudice as to Plaintiff, pursuant to Federal Rule of Civil Procedure 23.1(c);

2. The Clerk of Court is respectfully directed to close the above-captioned action;

3. Notice to the Company's stockholders of the dismissal under Fed. Rule Civ. P. 23.1(c) is not required because: (i) there has been no settlement or compromise of this action; (ii) there is no evidence of any collusion among the Parties; (iii) neither Plaintiff nor Plaintiff's counsel has received or will receive directly or indirectly any consideration from Defendants for the

dismissal of this action; and (v) dismissal of this action will be reported in the Company's Form 10-K for the fiscal year ending December 31, 2024.

**SO ORDERED** this 16th day of October, 2024.

HON. DAVID COUNTS
UNITED STATES DISTRICT COURT JUDGE